Boyne Platt et al., Appellants, v. Joe Fischer et al., Defendants. Union Bank of Chicago and Harry R. Spellbrink, as Receiver of the Union Bank of Chicago, Appellees.

Gen. No. 40,629. ▮

616

opinion filed October 25, 1939. Theodore A. Kolb, for appellants; Schuyler & Hennessy, for appellees; Jay Stough, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''